■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES NEWKIRK, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered November 2, 1970, which denied the application without a hearing. Order affirmed. The issue of a coerced guilty plea, the basis for the instant proceeding, was raised and rejected on defendant's appeal from the underlying judgment of conviction (*People* v. *Newkirk*, 22 A D 2d 853, cert. den. 381 U. S. 946). It was raised a second time in a prior *coram nobis* proceeding and again found to be without merit (*People* v. *Newkirk*, 25 A D 2d 955). It was considered a third time on a subsequent unsuccessful *coram nobis* proceeding (*People* v. *Newkirk*, 30 A D 2d 644) and leave to appeal to the Court of Appeals was denied. While the denial of a *coram nobis* proceeding is not *res judicata* as to a later petition on the same grounds, the question whether a hearing should be held on the later proceeding is one of discretion, even where new or additional evidence is offered (*People* v. *Mazzela*, 13 N Y 2d 997, 998). It is fundamental that the writ of error *coram nobis* " is to be treated as an emergency measure born of necessity to afford a defendant a remedy against injustice when no other avenue of judicial relief is, or ever was, available to him " (*People* v. *Howard*, 12 N Y 2d 65, 66, cert. den. 374 U. S. 840). This case hardly falls within that guideline. Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.